

# IN THE
# TENTH COURT OF APPEALS

_____

## No. 10-17-00371-CR

## IN RE ROY LEE BOYKIN

_____

## Original Proceeding

_____

## MEMORANDUM OPINION

_____

Relator's petition for writ of mandamus is denied.[1]


AL SCOGGINS
Justice

Before Chief Justice Gray,
        Justice Davis, and
        Justice Scoggins
Petition denied
Opinion delivered and filed January 24, 2018
[OT06]

---

[1] In light of our disposition, all pending motions are dismissed as moot.

